**WARDEN, FEDERAL CORRECTIONAL INSTITUTION CUMBERLAND, Plaintiff—Appellee,**

v.

**Stephen Earl POLLARD, Defendant—Appellant.**

No. 06–6091.

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2006.

Decided: April 26, 2006.

Stephen Earl Pollard, Appellant Pro Se.

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen Earl Pollard, a federal prisoner, filed a petition under 28 U.S.C. § 2241 (2000), raising claims under *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Although the district court construed the § 2241 petition as a motion under 28 U.S.C. § 2255 (2000), Pollard clearly intended to file a § 2241 petition. He argued below that § 2255 is inadequate and ineffective to test the legality of his detention and contended that his claims should be considered in the context of his § 2241 petition. Because Pollard does not meet the standard set forth in *In re: Jones*, 226 F.3d 328, 333–34 (4th Cir. 2000), we affirm the denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*